# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2017

Stephen J. Markman,
Chief Justice

152778

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC:  152778
                                    COA:  315209
                                    Alger CC:  2012-001997-FC

ISRAEL A. VELEZ,
      Defendant-Appellant.

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2017



a0718d

Clerk